IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JERRY LYNN DRIVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:13-0364 |
| ) | Judge Trauger |
| DR. PAUL ALEXANDER in his individual and ) | Magistrate Judge Knowles |
| official capacity, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On July 2, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 40), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motion For Temporary Injunction (Docket No. 26) is **DENIED**.

It is so **ORDERED.**

ENTER this 24th day of July 2013.

_____
ALETA A. TRAUGER
U.S. District Judge