## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| JERRY LYNN DRIVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:13-0364 |
| ) | Judge Trauger |
| DR. PAUL ALEXANDER in his individual and ) | Magistrate Judge Knowles |
| official capacity, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

The plaintiff's Motion to Set Aside Order Incorrectly Entered (Docket No. 58) is **GRANTED**. By inadvertence, this court accepted the Report and Recommendation (Docket No. 40) prior to the extended deadline for objections (Docket No. 51). It is therefore **ORDERED** that the Order accepting the Report and Recommendation (Docket No. 55) is hereby **VACATED**. The court will consider the Objections filed by the plaintiff (Docket No. 57), to which it is hereby **ORDERED** that the defendants shall respond within fourteen (14) days of the entry of this Order.

It is so **ORDERED.**

ENTER this 1st day of August 2013.

_____
ALETA A. TRAUGER
U.S. District Judge