IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JERRY LYNN DRIVER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 3:13-cv-364 |
| DR. PAUL ALEXANDER *et al.*, | ) ) | Judge Trauger |
| Defendants. | ) ) | |

## ORDER

Before the court is the plaintiff's Objection (ECF No. 57) to Magistrate Judge Cliff Knowles' July 2, 2013 Report and Recommendation ("R&R") (ECF No. 40), in which Magistrate Judge Knowles recommends denying the plaintiff's Motion for Temporary Injunction (ECF No. 26).

As set forth in the accompanying memorandum opinion, the court has considered *de novo* the portions of the R&R to which objections are lodged and finds no error in the magistrate judge's findings of fact or conclusions of law. The plaintiff's objections are therefore **OVERRULED**; the R&R is **ACCEPTED**; and the plaintiff's motion for a preliminary injunction (ECF No. 26) is **DENIED**.

This matter remains **REFERRED** to Magistrate Judge Knowles.

It is so **ORDERED**.

Aleta A. Trauger
United States District Judge