## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| JERRY LYNN DRIVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-0364 |
| | ) | Judge Trauger |
| DR. PAUL ALEXANDER, in his individual and, | ) | |
| official capacity, CORIZON MEDICAL | ) | |
| SERVICES, in its individual and official | ) | |
| capacity, UNKNOWN PERSONS, who assisted | ) | |
| and acted in concert with them; in the individual | ) | |
| and official capacity, and FIRST MEDICAL | ) | |
| MANAGEMENT, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

It is hereby **ORDERED** that this case is set for a jury trial on November 4, 2014 at 9:00 a.m. It is further **ORDERED** that the Magistrate Judge shall conduct the pretrial conference and enter a pretrial order. He shall assist the plaintiff with the preparation of subpoenas, discuss exhibits, instructions and all other matters necessary for having the case prepared to be tried on the date set.

The Magistrate Judge has been managing this case. If he considers it appropriate to appoint counsel to represent the plaintiff at trial, he should do so.

It is so **ORDERED**.

ENTER this 4th day of November 2013.

_____
ALETA A. TRAUGER
U.S. District Judge