IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JERRY LYNN DRIVER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DR. PAUL ALEXANDER in his individual and )<br>official capacity, *et al.*, )<br>)<br>Defendants. ) | Civil No. 3:13-0364<br>Judge Trauger<br>Magistrate Judge Knowles |

**O R D E R**

On October 31, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 146), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion For Summary Judgment filed by defendant FCM-MTC Medical, LLC, d/b/a First Medical Management (Docket No. 132) and Motion For Summary Judgment filed by defendants Paul Alexander, M.D. and Corizon, Inc. (Docket No. 137) are **GRANTED**, and all claims against these defendants are **DISMISSED WITH PREJUDICE**.

These being the only remaining defendants in this case, this Order constitutes the judgment in this case. The trial scheduled for December 16, 2014 is **CANCELLED**.

It is so **ORDERED.**

ENTER this 18th day of November 2014.

_____
ALETA A. TRAUGER
U.S. District Judge